UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST HECTOR ABEYTIA,**<br><br>            Plaintiff,<br><br>      v.<br><br>**FRESNO POLICE DEPARTMENT AND FRESNO POLICE OFFICER GENE JOHNSON IN BOTH PERSONAL AND OFFICIAL CAPACITIES, CITY OF FRESNO, AND DOES 1 THROUGH 100, INCLUSIVE,**<br><br>            Defendants. | 1:08-cv-01528 OWW GSA<br><br>ORDER DIRECTING PLAINTIFF TO FILE WRITTEN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND CONTINUING HEARING ON MOTION TO DISMISS FROM DECEMBER 15, 2008 TO MARCH 9, 2009 |

Plaintiff Ernest Hector Abeytia, proceeding *in pro per*, has filed a complaint against the City of Fresno, the Fresno Police Department, Officer Gene Johnson, and Does 1-100, asserting a claim under 42 U.S.C. § 1983 for excessive force in violation of the Fourth Amendment, in addition to various state law claims. Defendants City of Fresno, Fresno Police Department, and Officer Gene Johnson filed a motion to dismiss the complaint, or in the alternative, a motion for a more definite statement on October 17, 2008. Defendants' motions are set for hearing on December 15, 2008.

1

Plaintiff has not filed an opposition to the motion to dismiss or a statement of non-opposition within the time required by Rule 78-230(c), Local Rules of Practice.  Plaintiff is advised that Rule 83-183(a), Local Rules of Practice, provides:

> Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil ... Procedure and by these Local Rules. All obligations placed on 'counsel' by these Local Rules apply to individuals appearing in propria persona. Failure to comply therewith may be ground for dismissal ... or any other sanction appropriate under these Rules.

Plaintiff is ordered to file an opposition to the motion to dismiss or a statement of non-opposition in accordance with this Order on or before January 12, 2009.  Under Rule 78-230(c), a party who fails to file an opposition has no right to be heard at oral argument.  Failure to timely comply will result in the motions being heard on the merits and/or dismissal of this action.  The hearing on Defendants' motion to dismiss, or in the alternative, motion for a more definite statement is continued from December 15, 2008 to Monday, March 9, 2009.

IT IS SO ORDERED.

Dated:   December 10, 2008            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE