Rosemary T. McGuire, Esq. (Bar No. 172549)
WEAKLEY, ARENDT, MCGUIRE, LLP
1630 E. Shaw Avenue, Suite 176
Fresno, CA 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

JAMES C. SANCHEZ, City Attorney
By: Tamara Bogosian, Deputy (Bar No. 201312)
Fresno City Attorney's Office
2600 Fresno Street, Room 2031
Fresno, California 93721-3602
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendants, FRESNO POLICE DEPARTMENT, FRESNO POLICE OFFICER GENE JOHNSON and CITY OF FRESNO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HECTOR ABEYTIA, | CASE NO. 1:08-CV-01528 OWW GSA |
| Plaintiff | |
| vs. | **JUDGMENT OF DISMISSAL** |
| FRESNO POLICE DEPARTMENT and FRESNO POLICE OFFICER GENE JOHNSON IN BOTH PERSONAL AND OFFICIAL CAPACITIES; CITY OF FRESNO and DOES 1 to 100, inclusive, | |
| Defendants. | Complaint Filed: 05/28/08 |

On July 17, 2009, plaintiff, ERNEST HECTOR ABEYTIA, was ordered to appear on August 17, 2009 at 10:00 a.m. and show cause why his case should not be dismissed for failure to prosecute. Prior to the Court's July 17, 2009 order, plaintiff violated the Court's orders regarding filing an opposition or notice of non-opposition to defendants' motion to dismiss; jointly preparing or participating in the preparation of the joint scheduling conference statement; and appearing at the scheduling conference held on July16, 2009.

Plaintiff failed to appear August 17, 2009 and show cause why his case should not be dismissed for failure to prosecute or take any action whatsoever to advance his case.

Judgment of Dismissal

1      ACCORDINGLY, IT IS ORDERED that this case be dismissed, with prejudice, for
2 plaintiff's failure to prosecute and failure to comply with court orders.

3 IT IS SO ORDERED.

4 **Dated:   August 24, 2009**                              **/s/ Oliver W. Wanger**
5                                                                          UNITED STATES DISTRICT JUDGE